UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AMY R. NELSON,

    Plaintiff,

v.                                                                            Case No: 6:17-cv-626-Orl-28DCI

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

---

## ORDER

This case is before the Court on the Complaint (Doc. 1) filed by Plaintiff seeking review of the final decision of the Commissioner of Social Security ("Commissioner") denying her claim for disability benefits. The United States Magistrate Judge has submitted a Report (Doc. 21) recommending that the final decision be affirmed. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objection to the Report has been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner is **AFFIRMED**.

3. The Clerk of the Court is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on June 13, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record